UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO.:  25-05 (DSD/DLM)

United States of America,

    Plaintiff,

v.                                                  **ORDER**

James Alex Cesario, II,

Defendant.

    Upon the motion of defendant, **IT IS HEREBY ORDERED that:**

1. The transcript of the sentencing proceedings conducted on September 30, 2025 be sealed and remain sealed until September 30, 2045; and

2. The Clerk of Court shall file the defendant's motion to seal transcript [ECF No. 39] and memorandum in support of sealing [ECF No. 40] under seal and shall be kept under seal until September 30, 2045.

Dated: October 2, 2025          /s David S. Doty
                                _____
                                David S. Doty, Judge
                                United States District Court